[No. 39776-1-I.    Division One.    February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK C. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04638-4, Laura Inveen, J., entered November 18, 1996. *Remanded* by unpublished per curiam opinion.

[No. 39795-8-I.    Division One.    February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DANIEL SPRING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01926-9, Anthony P. Wartnik, J., entered November 26, 1996. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 39908-0-I.    Division One.    February 2, 1998.]

RICK BRAY, *Appellant*, v. CKM ASSOCIATES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-20369-0, Marsha J. Pechman, J., entered December 3, 1996. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 40075-4-I.    Division One.    February 2, 1998.]

THOMAS M.J. CONRAN, *Appellant*, v. SEAFIRST BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-20149-1, J. Kathleen Learned, J., entered December 19, 1996. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.